# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3726** |
| **BURL CAIN, WARDEN** | **SECTION "F"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Calvin Williams for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE